United States Court of Appeals
Fifth Circuit

**F I L E D**

November 30, 2005

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

————————————————

No. 04-60454

————————————————

VICTORINE ANGWE TEKE

      Petitioner

    v.

ALBERTO R GONZALES, U S ATTORNEY GENERAL

      Respondent

————————————————
Petition for Review of an Order of the
Board of Immigration Appeals
A96 287 031
————————————————

Before HIGGINBOTHAM, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:*

    IT IS ORDERED that respondent's motion for summary affirmance is GRANTED.

    IT IS FURTHER ORDERED that respondent's alternative motion for an extension of thirty-five (35) days after disposition of motion for summary affirmance in which to file a brief is DENIED as unnecessary.

———————————

*Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.